**FILED**

MAR 29 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Ronald DeWald (312) 886-4187

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. **12CR 226** |
| v. | ) |
| | ) Magistrate Judge Arlander Keys |
| DENIS M. JOINER | ) |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, CINDY BERND, personally appearing before United States Magistrate Judge ARLANDER KEYS and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that DENIS JOINER (hereinafter "Joiner") has been charged by Indictment in the Southern District of Illinois with the following criminal offenses: stealing firearms from a federal firearms licensee, in violation of Title 18, United States Code, Section 922(u); conspiracy to steal firearms from a federal firearms licensee, in violation of Title 18, United States Code, Section 371; and possession of stolen firearms, in violation of Title 18, United States Code, Section 922(j).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

#430?

CINDY BERND
Special Agent
Bureau of Alcohol, Tobacco,
Firearms, & Explosives

SUBSCRIBED AND SWORN to before me this 29th day of March, 2012.

ARLANDER KEYS
United States Magistrate Judge

**FILED**

FEB 2 3 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER <u>12-30020-DRH</u> |
| | ) | |
| KEVIN A. WINFORD, | ) | 18 U.S.C. §§ 2, 371, 922(j), and 922(u) |
| DENIS M. JOINER, and | ) | |
| ANTOINE D. WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Stealing Firearms from Federal Licensee**

On or about December 24, 2011, in Marion County, within the Southern District of Illinois,

**KEVIN A. WINFORD,
DENIS M. JOINER and
ANTOINE D. WHITE,**

defendants herein, aided and abetted by each other and by E.W. (now deceased), did knowingly steal

and take away from the premises of a person who is licensed to engage in the business of dealing

in firearms, firearms in the licensee's business inventory that had been shipped and transported in

interstate and foreign commerce, said firearms being:

a Walther P22, .22 caliber pistol, Serial Number L168272;
a German Sports Gun GSG-5P, .22 caliber pistol, Serial Number A305740;
a Taurus 327, .327 caliber revolver, Serial Number CO37887;
a Taurus PT945, .45 caliber pistol, Serial Number NBV66090;
a Taurus PT24/7, .45 caliber pistol, Serial Number NZJ12032;
a Taurus PT24/7, .45 caliber pistol, Serial Number SBD18769;
a Glock 21SF, .45 caliber pistol, Serial Number NVM203;
a Beretta U22 NEOS, .22 caliber pistol, Serial Number R21801;
a Ruger Blackhawk. .41 caliber revolver, Serial Number 48-43973
a Charter Arms Patriot, .327 caliber revolver, Serial Number 97146;

a Ruger Super Redhawk, .44 caliber revolver, Serial Number 552-30204;
a Walther PPS, 9 mm caliber pistol, Serial Number AE4666;
a Taurus 85, .38 caliber revolver, Serial Number DO97442
a Ruger Single Six, .22 caliber revolver, Serial Number 265-33830;
a Lasserres Super Comanche, .45 caliber pistol, Serial Number 214761;
a Sig-Sauer P220, .45 caliber pistol, Serial Number G385566;
an HS Products XDM, 9 mm caliber pistol, Serial Number MG995162;
a Taurus PT58S, .380 caliber pistol, Serial Number KMH078270;
a Taurus 856, .38 caliber revolver, Serial Number CU11752;
a Taurus PT140, .40 caliber pistol, Serial Number SDP19512;
a Taurus R462, .357 caliber revolver, Serial Number DS222949;
an Iberia Firearms JCP40, .40 caliber pistol, Serial Number X7123108;
an HS Products XD9, 9 mm caliber pistol, Serial Number XD179818;
an HS Products, XD40, .40 caliber pistol, Serial Number XD488125;
an HS Products, XDM, 9 mm caliber pistol, Serial Number MG825780;
a Taurus 44, .44 caliber revolver, Serial Number QB445914;
a Sig-Sauer P226R, .40 caliber pistol, Serial Number U855972;
a Glock 26GEN4, 9 mm caliber pistol, Serial Number RLG628;
a Taurus, .38 caliber revolver, Serial Number DM65702;
a Smith & Wesson SW40VE, .40 caliber pistol, Serial Number DVV2254;
an HS Products XDM, 9 mm caliber pistol, Serial Number MG801008;
a Beretta PX4 Storm, 9 mm caliber pistol, Serial Number PX6666H;
a Taurus 82, .38 caliber revolver, Serial Number AX555223;
a Taurus PT709, 9 mm caliber pistol, Serial Number TDT01948;
a Ruger Super Redhawk, .44 caliber revolver, Serial Number 550-70231;
a Taurus PT740 Slim, .40 caliber pistol, Serial Number SDT15528;
a Bernadelli 80, .22 caliber pistol, Serial Number 06728;
a Haskell JHP45, .45 caliber pistol, Serial Number X4179392;
a Ruger P345, .45 caliber pistol, Serial Number 665-00990;
a Ruger LC9, 9 mm caliber pistol, Serial Number 320-59196;
a Ruger Super Blackhawk, .44 caliber revolver, Serial Number 83-16318;
a Taurus Tracker, .22 caliber revolver, Serial Number EP398221;
a Glock 17C, 9 mm caliber pistol, Serial Number RWV001;
a Keltech CNC Industries P11, 9 mm caliber pistol, Serial Number AUM77;
an FNH USA FNX-9, 9 mm caliber pistol, Serial Number FX14007682;
an FNH USA FNX-9, 9 mm caliber pistol, Serial Number FX14008928;
a Taurus 66, .357 caliber revolver, Serial Number 5195984;
a Taurus PT99, 9 mm caliber pistol, Serial Number TJE39005;
a Taurus Tracker, .357 caliber revolver, Serial Number ER402456
a Charter Arms Chic Lady, .38 caliber revolver, Serial Number 11-12005;
a Charter Arms Pathfinder, .22 caliber revolver, Serial Number 11-04995;
a Glock 21GEN4, .45 caliber pistol, Serial Number RPM965;
a Ruger SR40C, .40 caliber pistol, Serial Number 343-07572;
an HS Products XD40, .40 caliber pistol, Serial Number US228693;
a Taurus R972, .357 caliber revolver, Serial Number DT240999;

a Ruger Mark III, .22 caliber pistol, Serial Number 271-98673;
a Taurus Judge, .45 caliber revolver, Serial Number DU269940;
a Beretta U22 NEOS, .22 caliber pistol, Serial Number R30198;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CRW6476;
a Ruger SR9C, 9 mm caliber pistol, Serial Number 332-84186;
a Taurus 85, .38 caliber revolver, Serial Number RP610198;
a Taurus Raging Bull, .44 caliber revolver, Serial Number EP397579
a Smith & Wesson SW9VE, 9 mm caliber pistol, Serial Number DWA6205;
an HS Products XD40, .40 caliber pistol, Serial Number XD483217;
a Glock 17L, 9 mm caliber pistol, Serial Number RXA885;
a Rossi M88, .38 caliber revolver, Serial Number W371757;
a Sig-Sauer P226, 9 mm caliber pistol, Serial Number UU690804;
a Ruger GP100, .357 caliber revolver, Serial Number 176-23010;
an Armscor, .38 caliber revolver, Serial Number AP1297255;
a Ruger Mark III, .22 caliber pistol, Serial Number 271-89114;
a Smith & Wesson 629, .44 caliber pistol, Serial Number CNZ9029;
a Smith & Wesson M&P 9C, 9 mm caliber pistol, Serial Number DVT3365;
a Glock 27, .40 caliber pistol, Serial Number LLP529;
a Ruger Blackhawk, .357 caliber revolver, Serial Number 38-12805;
a Ruger Redhawk, .44 caliber revolver, Serial Number 502-98755;
a Smith & Wesson 22A, .22 caliber pistol, Serial Number UCR7619;
a Smith & Wesson 29, .44 caliber revolver, Serial Number N272954;
a Glock 31, .357 caliber pistol, Serial Number MEN198;
a Ruger Super-Redhawk, .454 caliber revolver, Serial Number 552-57629;
a Taurus PT709, 9 mm caliber pistol, Serial Number TD030416;
a Ruger Redhawk, .45 caliber revolver, Serial Number 503-25307;
a Sig-Sauer P226, 9 mm caliber pistol, Serial Number UU698103;
a Ruger SR40, .40 caliber pistol, Serial Number 342-24103;
a Colt MKIV Mustang, .380 caliber pistol, Serial Number RC22700;
a Ruger P97DC, .45 caliber pistol, Serial Number 663-06831;
an HS Products XDM, .40 caliber pistol, Serial Number MG244338;
a Diamondback Arms DB9, 9 mm caliber pistol, Serial Number YA4790;
a Charter Arms MAG PUG, .357 caliber revolver, Serial Number 109519;
a Beretta PX4 Storm, .40 caliber pistol, Serial Number PY48277;
a Beretta 85F, .380 caliber pistol, Serial Number F01549Y;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CJR8578;
a Smith & Wesson, M&P40C, .40 caliber pistol, Serial Number DWD4523;
a Sig-Sauer P290, 9 mm caliber pistol, Serial Number 25B004174;
an HS Products XDM, .45 caliber pistol, Serial Number MG547687;
a Ceska Zbrojovka CZ75B, 9 mm caliber pistol, Serial Number A993494;
a Taurus 94, .22 caliber revolver, Serial Number DS36746;
a Walther PK380, .380 caliber pistol, Serial Number PK085061;
a Glock 17GEN4, 9 mm caliber pistol, Serial Number SEV329
a Beretta 92FS, 9 mm caliber pistol, Serial Number BER 135653Z;
a Taurus 82, .38 caliber revolver, Serial Number PG420496

a Smith & Wesson 686, .357 revolver, Serial Number CPU7715;
a Ruger SP101, .357 caliber revolver, Serial Number 574-81950;
a HiPoint C9, 9 mm caliber pistol, Serial Number P1377254;
a Taurus 3801B, .380 caliber revolver, Serial Number EX37501;
a Smith & Wesson M&P 40, .40 caliber pistol, Serial Number DWJ0592;
a Taurus 85, .38 caliber revolver, Serial Number EW33995;
an HS Products XDM, .40 caliber pistol, Serial Number MG204060;
a Glock 23GEN4, .40 caliber pistol, Serial Number PZT519;
a Heritage Manufacturing Rough Rider, .22 caliber revolver, Serial Number E32033;
a Beretta M9, 9 mm caliber pistol, Serial Number M9-133590;
a Glock 35GEN4, .40 caliber pistol, Serial Number RGB386;
a Ruger Super Blackhawk, .44 caliber revolver, Serial Number 84-32551;
a Bersa Thunder, .380 caliber pistol, Serial Number B17502;
a Sig-Sauer P220R, .45 caliber pistol, Serial Number 37A019622;
a HiPoint C, 9 mm caliber pistol, Serial Number P1633685;
a Ruger GP100, .357 caliber revolver, Serial Number 175-87157;
a Hi-Point CF380, .380 caliber pistol, Serial Number P8039149;
a Sig-Sauer P229 Elite, 9 mm caliber pistol, Serial Number AHU09725;
a Glock 21SF, .45 caliber pistol, Serial Number NHP586;
a Glock 22GEN4, .40 caliber pistol, Serial Number RNB387;
a Sig-Sauer P290, 9 mm caliber pistol, Serial Number 25B009562;
a Glock 17GEN4, 9 mm caliber pistol, Serial Number PKW424;
a Taurus 66, .357 caliber revolver, Serial Number DR197574;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CPE8416

All in violation of Title 18, United States Code, Section 922(u), and Section 2.

## COUNT 2

### Conspiracy to Steal Firearms from Federal Licensee

From on or about December 23, 2011, through on or about December 24, 2011, in Marion

County, within the Southern District of Illinois, and elsewhere,

**KEVIN A. WINFORD,**
**DENIS M. JOINER and**
**ANTOINE D. WHITE,**

defendants herein, did knowingly conspire with each other and with E.W. (now deceased) to commit

an offense against the United States – that is, to steal and take away from the premises of a person

who is licensed to engage in the business of dealing in firearms, firearms in the licensee's business

4

inventory that had been shipped and transported in interstate and foreign commerce.

### Manner and Means of the Conspiracy

It was part of the conspiracy that the defendants would travel from Chicago, Illinois, to the Southern District of Illinois, in order to burglarize a firearms dealership so that the defendants could obtain firearms;

It was further part of the conspiracy that defendants would in fact burglarize such a firearms dealership.

It was further part of the conspiracy that defendants would then return to Chicago, Illinois, and there offer to sell such firearms stolen from a firearms dealership in the Southern District of Illinois.

### Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Southern District of Illinois and elsewhere:

1.     On or about December 23, 2011, Defendants KEVIN A. WINFORD, DENIS M. JOINER, and ANTOINE D. WHITE, and E.W. (now deceased), drove from Chicago, Illinois, to the Southern District of Illinois in a rental vehicle.

2.     On or about December 23, 2011, Defendants KEVIN A. WINFORD, DENIS M. JOINER, AND ANTOINE D. WHITE, and E.W. entered Lowe's, Inc., in Carbondale, Illinois, where each of them picked up one of four plastic 12-gallon storage "totes," which they intended to use in a burglary of a firearms dealership.

3.     Defendant ANTOINE D. WHITE paid for said totes at said Lowe's on December 23, 2011.

4.     On or about December 23, 2011, Defendant KEVIN A. WINFORD purchased a set

5

of bolt cutters at said Lowe's store, which WINFORD intended to use in a burglary of a firearms dealership.

5.      On or about December 24, 2011, at approximately 12:59 a.m., Defendant DENIS M. JOINER, using bolt cutters, broke the glass door and cut the padlock to DT Enterprises, also known as Hunting Stuff, a federally licensed firearms dealer, in Salem, Marion County, Illinois, within the Southern District of Illinois.

6.      After Defendant DENIS M. JOINER broke into DT Enterprises, E.W. pulled the gate open and entered DT Enterprises, followed by Defendants KEVIN A. WINFORD, DENIS M. JOINER, and ANTOINE D. WHITE.

7.      After entering DT Enterprises, Defendants KEVIN A. WINFORD, DENIS M. JOINER, and ANTOINE D. WHITE, and E.W. seized the following firearms and placed them in the rental vehicle:

a Walther P22, .22 caliber pistol, Serial Number L168272;
a German Sports Gun GSG-5P, .22 caliber pistol, Serial Number A305740;
a Taurus 327, .327 caliber revolver, Serial Number CO37887;
a Taurus PT945, .45 caliber pistol, Serial Number NBV66090;
a Taurus PT24/7, .45 caliber pistol, Serial Number NZJ12032;
a Taurus PT24/7, .45 caliber pistol, Serial Number SBD18769;
a Glock 21SF, .45 caliber pistol, Serial Number NVM203;
a Beretta U22 NEOS, .22 caliber pistol, Serial Number R21801;
a Ruger Blackhawk. .41 caliber revolver, Serial Number 48-43973
a Charter Arms Patriot, .327 caliber revolver, Serial Number 97146;
a Ruger Super Redhawk, .44 caliber revolver, Serial Number 552-30204;
a Walther PPS, 9 mm caliber pistol, Serial Number AE4666;
a Taurus 85, .38 caliber revolver, Serial Number DO97442
a Ruger Single Six, .22 caliber revolver, Serial Number 265-33830;
a Lasserres Super Comanche, .45 caliber pistol, Serial Number 214761;
a Sig-Sauer P220, .45 caliber pistol, Serial Number G385566;
an HS Products XDM, 9 mm caliber pistol, Serial Number MG995162;
a Taurus PT58S, .380 caliber pistol, Serial Number KMH078270;
a Taurus 856, .38 caliber revolver, Serial Number CU11752;
a Taurus PT140, .40 caliber pistol, Serial Number SDP19512;
a Taurus R462, .357 caliber revolver, Serial Number DS222949;

an Iberia Firearms JCP40, .40 caliber pistol, Serial Number X7123108;
an HS Products XD9, 9 mm caliber pistol, Serial Number XD179818;
an HS Products, XD40, .40 caliber pistol, Serial Number XD488125;
an HS Products, XDM, 9 mm caliber pistol, Serial Number MG825780;
a Taurus 44, .44 caliber revolver, Serial Number QB445914;
a Sig-Sauer P226R, .40 caliber pistol, Serial Number U855972;
a Glock 26GEN4, 9 mm caliber pistol, Serial Number RLG628;
a Taurus, .38 caliber revolver, Serial Number DM65702;
a Smith & Wesson SW40VE, .40 caliber pistol, Serial Number DVV2254;
an HS Products XDM, 9 mm caliber pistol, Serial Number MG801008;
a Beretta PX4 Storm, 9 mm caliber pistol, Serial Number PX6666H;
a Taurus 82, .38 caliber revolver, Serial Number AX555223;
a Taurus PT709, 9 mm caliber pistol, Serial Number TDT01948;
a Ruger Super Redhawk, .44 caliber revolver, Serial Number 550-70231;
a Taurus PT740 Slim, .40 caliber pistol, Serial Number SDT15528;
a Bernadelli 80, .22 caliber pistol, Serial Number 06728;
a Haskell JHP45, .45 caliber pistol, Serial Number X4179392;
a Ruger P345, .45 caliber pistol, Serial Number 665-00990;
a Ruger LC9, 9 mm caliber pistol, Serial Number 320-59196;
a Ruger Super Blackhawk, .44 caliber revolver, Serial Number 83-16318;
a Taurus Tracker, .22 caliber revolver, Serial Number EP398221;
a Glock 17C, 9 mm caliber pistol, Serial Number RWV001;
a Keltech CNC Industries P11, 9 mm caliber pistol, Serial Number AUM77;
an FNH USA FNX-9, 9 mm caliber pistol, Serial Number FX14007682;
an FNH USA FNX-9, 9 mm caliber pistol, Serial Number FX14008928;
a Taurus 66, .357 caliber revolver, Serial Number 5195984;
a Taurus PT99, 9 mm caliber pistol, Serial Number TJE39005;
a Taurus Tracker, .357 caliber revolver, Serial Number ER402456
a Charter Arms Chic Lady, .38 caliber revolver, Serial Number 11-12005;
a Charter Arms Pathfinder, .22 caliber revolver, Serial Number 11-04995;
a Glock 21GEN4, .45 caliber pistol, Serial Number RPM965;
a Ruger SR40C, .40 caliber pistol, Serial Number 343-07572;
an HS Products XD40, .40 caliber pistol, Serial Number US228693;
a Taurus R972, .357 caliber revolver, Serial Number DT240999;
a Ruger Mark III, .22 caliber pistol, Serial Number 271-98673;
a Taurus Judge, .45 caliber revolver, Serial Number DU269940;
a Beretta U22 NEOS, .22 caliber pistol, Serial Number R30198;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CRW6476;
a Ruger SR9C, 9 mm caliber pistol, Serial Number 332-84186;
a Taurus 85, .38 caliber revolver, Serial Number RP610198;
a Taurus Raging Bull, .44 caliber revolver, Serial Number EP397579
a Smith & Wesson SW9VE, 9 mm caliber pistol, Serial Number DWA6205;
an HS Products XD40, .40 caliber pistol, Serial Number XD483217;
a Glock 17L, 9 mm caliber pistol, Serial Number RXA885;
a Rossi M88, .38 caliber revolver, Serial Number W371757;

7

a Sig-Sauer P226, 9 mm caliber pistol, Serial Number UU690804;
a Ruger GP100, .357 caliber revolver, Serial Number 176-23010;
an Armscor, .38 caliber revolver, Serial Number AP1297255;
a Ruger Mark III, .22 caliber pistol, Serial Number 271-89114;
a Smith & Wesson 629, .44 caliber pistol, Serial Number CNZ9029;
a Smith & Wesson M&P 9C, 9 mm caliber pistol, Serial Number DVT3365;
a Glock 27, .40 caliber pistol, Serial Number LLP529;
a Ruger Blackhawk, .357 caliber revolver, Serial Number 38-12805;
a Ruger Redhawk, .44 caliber revolver, Serial Number 502-98755;
a Smith & Wesson 22A, .22 caliber pistol, Serial Number UCR7619;
a Smith & Wesson 29, .44 caliber revolver, Serial Number N272954;
a Glock 31, .357 caliber pistol, Serial Number MEN198;
a Ruger Super-Redhawk, .454 caliber revolver, Serial Number 552-57629;
a Taurus PT709, 9 mm caliber pistol, Serial Number TD030416;
a Ruger Redhawk, .45 caliber revolver, Serial Number 503-25307;
a Sig-Sauer P226, 9 mm caliber pistol, Serial Number UU698103;
a Ruger SR40, .40 caliber pistol, Serial Number 342-24103;
a Colt MKIV Mustang, .380 caliber pistol, Serial Number RC22700;
a Ruger P97DC, .45 caliber pistol, Serial Number 663-06831;
an HS Products XDM, .40 caliber pistol, Serial Number MG244338;
a Diamondback Arms DB9, 9 mm caliber pistol, Serial Number YA4790;
a Charter Arms MAG PUG, .357 caliber revolver, Serial Number 109519;
a Beretta PX4 Storm, .40 caliber pistol, Serial Number PY48277;
a Beretta 85F, .380 caliber pistol, Serial Number F01549Y;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CJR8578;
a Smith & Wesson, M&P40C, .40 caliber pistol, Serial Number DWD4523;
a Sig-Sauer P290, 9 mm caliber pistol, Serial Number 25B004174;
an HS Products XDM, .45 caliber pistol, Serial Number MG547687;
a Ceska Zbrojovka CZ75B, 9 mm caliber pistol, Serial Number A993494;
a Taurus 94, .22 caliber revolver, Serial Number DS36746;
a Walther PK380, .380 caliber pistol, Serial Number PK085061;
a Glock 17GEN4, 9 mm caliber pistol, Serial Number SEV329
a Beretta 92FS, 9 mm caliber pistol, Serial Number BER 135653Z;
a Taurus 82, .38 caliber revolver, Serial Number PG420496
a Smith & Wesson 686, .357 revolver, Serial Number CPU7715;
a Ruger SP101, .357 caliber revolver, Serial Number 574-81950;
a HiPoint C9, 9 mm caliber pistol, Serial Number P1377254;
a Taurus 3801B, .380 caliber revolver, Serial Number EX37501;
a Smith & Wesson M&P 40, .40 caliber pistol, Serial Number DWJ0592;
a Taurus 85, .38 caliber revolver, Serial Number EW33995;
an HS Products XDM, .40 caliber pistol, Serial Number MG204060;
a Glock 23GEN4, .40 caliber pistol, Serial Number PZT519;
a Heritage Manufacturing Rough Rider, .22 caliber revolver, Serial Number E32033;
a Beretta M9, 9 mm caliber pistol, Serial Number M9-133590;
a Glock 35GEN4, .40 caliber pistol, Serial Number RGB386;

a Ruger Super Blackhawk, .44 caliber revolver, Serial Number 84-32551;
a Bersa Thunder, .380 caliber pistol, Serial Number B17502;
a Sig-Sauer P220R, .45 caliber pistol, Serial Number 37A019622;
a HiPoint C, 9 mm caliber pistol, Serial Number P1633685;
a Ruger GP100, .357 caliber revolver, Serial Number 175-87157;
a Hi-Point CF380, .380 caliber pistol, Serial Number P8039149;
a Sig-Sauer P229 Elite, 9 mm caliber pistol, Serial Number AHU09725;
a Glock 21SF, .45 caliber pistol, Serial Number NHP586;
a Glock 22GEN4, .40 caliber pistol, Serial Number RNB387;
a Sig-Sauer P290, 9 mm caliber pistol, Serial Number 25B009562;
a Glock 17GEN4, 9 mm caliber pistol, Serial Number PKW424;
a Taurus 66, .357 caliber revolver, Serial Number DR197574;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CPE8416

8.      On or about December 24, 2011, Defendants KEVIN A. WINFORD, DENIS M.

JOINER, and ANTOINE D. WHITE, and E.W. traveled to Chicago with the firearms that they had

stolen from DT Enterprises.

All in violation of Title 18, United States Code, Sections 371 and 922(u).

## COUNT 3

### Possession of Stolen Firearms

On or about December 24, 2011, in Marion County, within the Southern District of Illinois,

**KEVIN A. WINFORD,**
**DENIS M. JOINER and**
**ANTOINE D. WHITE,**

defendants herein, did knowingly possess stolen firearms that had been shipped and transported in

interstate and foreign commerce, knowing that said firearms had been stolen, said firearms being:

a Walther P22, .22 caliber pistol, Serial Number L168272;
a German Sports Gun GSG-5P, .22 caliber pistol, Serial Number A305740;
a Taurus 327, .327 caliber revolver, Serial Number CO37887;
a Taurus PT945, .45 caliber pistol, Serial Number NBV66090;
a Taurus PT24/7, .45 caliber pistol, Serial Number NZJ12032;
a Taurus PT24/7, .45 caliber pistol, Serial Number SBD18769;
a Glock 21SF, .45 caliber pistol, Serial Number NVM203;
a Beretta U22 NEOS, .22 caliber pistol, Serial Number R21801;
a Ruger Blackhawk. .41 caliber revolver, Serial Number 48-43973

a Charter Arms Patriot, .327 caliber revolver, Serial Number 97146;
a Ruger Super Redhawk, .44 caliber revolver, Serial Number 552-30204;
a Walther PPS, 9 mm caliber pistol, Serial Number AE4666;
a Taurus 85, .38 caliber revolver, Serial Number DO97442
a Ruger Single Six, .22 caliber revolver, Serial Number 265-33830;
a Lasserres Super Comanche, .45 caliber pistol, Serial Number 214761;
a Sig-Sauer P220, .45 caliber pistol, Serial Number G385566;
an HS Products XDM, 9 mm caliber pistol, Serial Number MG995162;
a Taurus PT58S, .380 caliber pistol, Serial Number KMH078270;
a Taurus 856, .38 caliber revolver, Serial Number CU11752;
a Taurus PT140, .40 caliber pistol, Serial Number SDP19512;
a Taurus R462, .357 caliber revolver, Serial Number DS222949;
an Iberia Firearms JCP40, .40 caliber pistol, Serial Number X7123108;
an HS Products XD9, 9 mm caliber pistol, Serial Number XD179818;
an HS Products, XD40, .40 caliber pistol, Serial Number XD488125;
an HS Products, XDM, 9 mm caliber pistol, Serial Number MG825780;
a Taurus 44, .44 caliber revolver, Serial Number QB445914;
a Sig-Sauer P226R, .40 caliber pistol, Serial Number U855972;
a Glock 26GEN4, 9 mm caliber pistol, Serial Number RLG628;
a Taurus, .38 caliber revolver, Serial Number DM65702;
a Smith & Wesson SW40VE, .40 caliber pistol, Serial Number DVV2254;
an HS Products XDM, 9 mm caliber pistol, Serial Number MG801008;
a Beretta PX4 Storm, 9 mm caliber pistol, Serial Number PX6666H;
a Taurus 82, .38 caliber revolver, Serial Number AX555223;
a Taurus PT709, 9 mm caliber pistol, Serial Number TDT01948;
a Ruger Super Redhawk, .44 caliber revolver, Serial Number 550-70231;
a Taurus PT740 Slim, .40 caliber pistol, Serial Number SDT15528;
a Bernadelli 80, .22 caliber pistol, Serial Number 06728;
a Haskell JHP45, .45 caliber pistol, Serial Number X4179392;
a Ruger P345, .45 caliber pistol, Serial Number 665-00990;
a Ruger LC9, 9 mm caliber pistol, Serial Number 320-59196;
a Ruger Super Blackhawk, .44 caliber revolver, Serial Number 83-16318;
a Taurus Tracker, .22 caliber revolver, Serial Number EP398221;
a Glock 17C, 9 mm caliber pistol, Serial Number RWV001;
a Keltech CNC Industries P11, 9 mm caliber pistol, Serial Number AUM77;
an FNH USA FNX-9, 9 mm caliber pistol, Serial Number FX14007682;
an FNH USA FNX-9, 9 mm caliber pistol, Serial Number FX14008928;
a Taurus 66, .357 caliber revolver, Serial Number 5195984;
a Taurus PT99, 9 mm caliber pistol, Serial Number TJE39005;
a Taurus Tracker, .357 caliber revolver, Serial Number ER402456
a Charter Arms Chic Lady, .38 caliber revolver, Serial Number 11-12005;
a Charter Arms Pathfinder, .22 caliber revolver, Serial Number 11-04995;
a Glock 21GEN4, .45 caliber pistol, Serial Number RPM965;
a Ruger SR40C, .40 caliber pistol, Serial Number 343-07572;
an HS Products XD40, .40 caliber pistol, Serial Number US228693;

a Taurus R972, .357 caliber revolver, Serial Number DT240999;
a Ruger Mark III, .22 caliber pistol, Serial Number 271-98673;
a Taurus Judge, .45 caliber revolver, Serial Number DU269940;
a Beretta U22 NEOS, .22 caliber pistol, Serial Number R30198;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CRW6476;
a Ruger SR9C, 9 mm caliber pistol, Serial Number 332-84186;
a Taurus 85, .38 caliber revolver, Serial Number RP610198;
a Taurus Raging Bull, .44 caliber revolver, Serial Number EP397579
a Smith & Wesson SW9VE, 9 mm caliber pistol, Serial Number DWA6205;
an HS Products XD40, .40 caliber pistol, Serial Number XD483217;
a Glock 17L, 9 mm caliber pistol, Serial Number RXA885;
a Rossi M88, .38 caliber revolver, Serial Number W371757;
a Sig-Sauer P226, 9 mm caliber pistol, Serial Number UU690804;
a Ruger GP100, .357 caliber revolver, Serial Number 176-23010;
an Armscor, .38 caliber revolver, Serial Number AP1297255;
a Ruger Mark III, .22 caliber pistol, Serial Number 271-89114;
a Smith & Wesson 629, .44 caliber pistol, Serial Number CNZ9029;
a Smith & Wesson M&P 9C, 9 mm caliber pistol, Serial Number DVT3365;
a Glock 27, .40 caliber pistol, Serial Number LLP529;
a Ruger Blackhawk, .357 caliber revolver, Serial Number 38-12805;
a Ruger Redhawk, .44 caliber revolver, Serial Number 502-98755;
a Smith & Wesson 22A, .22 caliber pistol, Serial Number UCR7619;
a Smith & Wesson 29, .44 caliber revolver, Serial Number N272954;
a Glock 31, .357 caliber pistol, Serial Number MEN198;
a Ruger Super-Redhawk, .454 caliber revolver, Serial Number 552-57629;
a Taurus PT709, 9 mm caliber pistol, Serial Number TD030416;
a Ruger Redhawk, .45 caliber revolver, Serial Number 503-25307;
a Sig-Sauer P226, 9 mm caliber pistol, Serial Number UU698103;
a Ruger SR40, .40 caliber pistol, Serial Number 342-24103;
a Colt MKIV Mustang, .380 caliber pistol, Serial Number RC22700;
a Ruger P97DC, .45 caliber pistol, Serial Number 663-06831;
an HS Products XDM, .40 caliber pistol, Serial Number MG244338;
a Diamondback Arms DB9, 9 mm caliber pistol, Serial Number YA4790;
a Charter Arms MAG PUG, .357 caliber revolver, Serial Number 109519;
a Beretta PX4 Storm, .40 caliber pistol, Serial Number PY48277;
a Beretta 85F, .380 caliber pistol, Serial Number F01549Y;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CJR8578;
a Smith & Wesson, M&P40C, .40 caliber pistol, Serial Number DWD4523;
a Sig-Sauer P290, 9 mm caliber pistol, Serial Number 25B004174;
an HS Products XDM, .45 caliber pistol, Serial Number MG547687;
a Ceska Zbrojovka CZ75B, 9 mm caliber pistol, Serial Number A993494;
a Taurus 94, .22 caliber revolver, Serial Number DS36746;
a Walther PK380, .380 caliber pistol, Serial Number PK085061;
a Glock 17GEN4, 9 mm caliber pistol, Serial Number SEV329
a Beretta 92FS, 9 mm caliber pistol, Serial Number BER 135653Z;

a Taurus 82, .38 caliber revolver, Serial Number PG420496
a Smith & Wesson 686, .357 revolver, Serial Number CPU7715;
a Ruger SP101, .357 caliber revolver, Serial Number 574-81950;
a HiPoint C9, 9 mm caliber pistol, Serial Number P1377254;
a Taurus 3801B, .380 caliber revolver, Serial Number EX37501;
a Smith & Wesson M&P 40, .40 caliber pistol, Serial Number DWJ0592;
a Taurus 85, .38 caliber revolver, Serial Number EW33995;
an HS Products XDM, .40 caliber pistol, Serial Number MG204060;
a Glock 23GEN4, .40 caliber pistol, Serial Number PZT519;
a Heritage Manufacturing Rough Rider, .22 caliber revolver, Serial Number E32033;
a Beretta M9, 9 mm caliber pistol, Serial Number M9-133590;
a Glock 35GEN4, .40 caliber pistol, Serial Number RGB386;
a Ruger Super Blackhawk, .44 caliber revolver, Serial Number 84-32551;
a Bersa Thunder, .380 caliber pistol, Serial Number B17502;
a Sig-Sauer P220R, .45 caliber pistol, Serial Number 37A019622;
a HiPoint C, 9 mm caliber pistol, Serial Number P1633685;
a Ruger GP100, .357 caliber revolver, Serial Number 175-87157;
a Hi-Point CF380, .380 caliber pistol, Serial Number P8039149;
a Sig-Sauer P229 Elite, 9 mm caliber pistol, Serial Number AHU09725;
a Glock 21SF, .45 caliber pistol, Serial Number NHP586;
a Glock 22GEN4, .40 caliber pistol, Serial Number RNB387;
a Sig-Sauer P290, 9 mm caliber pistol, Serial Number 25B009562;
a Glock 17GEN4, 9 mm caliber pistol, Serial Number PKW424;
a Taurus 66, .357 caliber revolver, Serial Number DR197574;
a Smith & Wesson 686, .357 caliber revolver, Serial Number CPE8416

All in violation of Title 18, United States Code, Section 922(j).

A TRUE BILL

_____
STEPHEN B. CLARK
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   12-30020-002-DRH |
| | ) | |
| | ) | |
| DENIS M. JOINER | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   DENIS M. JOINER                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

| | | |
|---|---|---|
| Count 1 | Stealing Firearms from Federal Licensee | 18:922(u) and Section 2 |
| Count 2 | Conspiracy to Steal Firearms from Federal Licensee | 18:371 and 922(u) |
| Count 3 | Possession of Stolen Firearms | 18:922(j) |

Date:   02/24/2012

_Issuing officer's signature_   Deputy Clerk

City and state:   East St. Louis, IL

Nancy J. Rosenstengel, Clerk of Court
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____          _____ <br> _Arresting officer's signature_ |
| _____ <br> _Printed name and title_ |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DENIS JOINER,

        Defendant.

)
)
)
)
)
)
)
)
)

CASE NUMBER 12-mj-3033 DGW

## WARRANT FOR ARREST

TO: The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest DENIS JOINER

and bring him or her forthwith to the nearest Magistrate Judge to answer a Complaint charging

him or her with Stealing a Firearm from a Federal Licensee, in violation of Title 18, United

States Code, Section 922(u), and with Conspiracy to Steal a Firearm from a Federal Licensee,

in violation of Title 18, United States Code, Sections 371 and 922(u).

DONALD G. WILKERSON
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

1/24/12, East St. Louis, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____

Name of Judicial Officer